UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TONNY JASON BAUER, #164679** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4595** |
| **MICHAEL SOMOZA, ET AL.** | **SECTION: "A"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b).

New Orleans, Louisiana, this 30th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE